United States Bankruptcy Court
Southern District of Texas

**ENTERED**
September 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-32393 |
| DERRICK JERMAINE KYLES, SR. § | |
| and § | |
| ALESHA LEANNE MURPHY, § | |
| § | |
| Debtors. § | |
| § | |
| § | CHAPTER 13 |

## ORDER
## CONVERTING CHAPTER 13 TO CHAPTER 7 PROCEEDING

Pending before the Court is Debtor's motion to convert the above entitled and numbered case from a chapter 13 proceeding to a chapter 7 proceeding.[1]  The court is of the opinion that the motion is well taken and should be granted.  It is therefore **ORDERED**:

1. that the above entitled and numbered case is converted to a proceeding under Title 11, Chapter 7 of the United States Bankruptcy Code;

2. that the chapter 13 trustee is hereby relieved of her duties;

3. that any undistributed plan payments made by the Debtor from her wages and held by the Chapter 13 Trustee shall be returned to the Debtor;

4. that within fourteen (14) days of the date of this Order, Debtor shall file appropriate lists, schedules, and statement of financial affairs as required by Federal Rule of Bankruptcy Procedure 1007(c);

5. that pursuant to 11 U.S.C. § 341(a) the Clerk duly notice a first meeting of creditors, and that copies of this Order be furnished to the chapter 13 trustee, herein relieved, the chapter 7 trustee and the United States Trustee; and

6. that this order terminates orders to the Debtor's employer that require payments to the chapter 13 trustee.

SIGNED September 10, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 31.